**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-cr-00005-SKC

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEOPHILIUS OPUKO OBUOBISA,

Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

**COUNT 1**

Between and including on or about January 3, 2024, and June 3, 2025, in the State and District of Colorado, the defendant, THEOPHILIUS OPUKO OBUOBISA, did knowingly export and send firearms from the United States, contrary to the Commerce Control List, a law and regulation of the United States, and received, concealed, bought, or in any manner facilitated the transportation, concealment, or sale of such merchandise, article, or object, knowing the same to be intended for exportation contrary to such law and regulations of the United States.

All in violation of Title 18, United States Code, Section 554.

**Forfeiture Allegation**

1. The allegations contained in Counts 1 of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

the provisions of Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c) any property, real or personal, which consititutes or is derived from proceeds traceable to the offense and any and all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1) Israel Weapon Industries model Masada 9mm caliber handgun bearing serial number M1033719;
2) Israel Weapon Industries model Masada 9mm caliber handguns bearing M1027949;
3) Israel Weapon Industries model Masada 9mm caliber handguns bearing M102800;
4) Israel Weapon Industries model Masada 9mm caliber handguns bearing M1036068.
5) Taurus model TS9 9mm caliber handgun bearing serial number AEK784947;
6) Taurus model TS9 9mm caliber handgun bearing serial number AEK785009;
7) Taurus model TS9 9mm caliber handgun bearing serial number AEK784962;
8) Taurus model TS9 9mm caliber handgun bearing serial number AEK783410.
9) Taurus model G2C 9mm caliber handgun bearing serial number AGC094736;
10) Taurus model G2C 9mm caliber handgun bearing serial number AGC094801;
11) Taurus model G2C 9mm caliber handgun bearing serial number AGC094825;
12) Taurus model G2C 9mm caliber handgun bearing serial number AGC94817;
13) Smith & Wesson model SD9 9mm caliber handgun bearing serial number ENF7541.
14) Taurus model G3C 9mm caliber handgun bearing serial number ADA899902;

15) Taurus model TH9 9mm caliber handgun bearing serial number ACL539623.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink Signature on File in Clerk's Office___
FOREPERSON

PETER MCNEILLY
United States Attorney

s/ Albert Buchman
ALBERT BUCHMAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: al.buchman@usdoj.gov
Attorney for the government